In the Matter of the Claim of CATHERINE CARNEY, Respondent, against GENERAL CABLE CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 23, 1952; decided March 13, 1952.

886

*Morgan F. Bisselle* and *Warren C. Tucker* for appellant.

*Bartle Gorman* for Catherine Carney, respondent.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Wendell P. Brown* and *Harry Pastor* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.